# UNITED STATES DISTRICT COURT

for the

_Alaska_ District of _Anchorage_

_____ Division

RECEIVED

SEP 29 2025

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Tamisha Lewis-Onge

_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

–v–

Officer Ericsson

_Defendant(s)_
_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names. Do not include addresses here.)_

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:25-cv-252-RRB

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_ ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                  Tamisha lewis - Junge

Address               3948 Aldren Circle

                      Anchorage        AK       99517
                               *City*          *State*         *Zip Code*

County                U.S.A

Telephone Number      907-615-0060

E-Mail Address        lewisjunge famishae.gmail.com

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                          Officer Ericsson

Job or Title *(if known)*     Hiland Mountain Correctional Center

Address

                              Eagle Rio    AK
                                     *City*        *State*       *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☒ Individual capacity      ☐ Official capacity

Defendant No. 2

Name                          Hiland Mountain Correctional

Job or Title *(if known)*                                    Cent

Address

                                    *City*        *State*       *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity      ☒ Official capacity

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

**Police Officer Burkett**
**Hiland mountain Correctional Center**

| City | State | Zip Code |
|------|-------|----------|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

| City | State | Zip Code |
|------|-------|----------|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

    ☒ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

**AS § 11.46.740 - Claim kidnapped me with technology, falsely imprisoned me, attacked themselves to Frame me**

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

**1st amendment**

Officer Ericsson - Basis of Jurisdiction As I get to hiland Im already being held hostage by someone using technolog illeglly. This person hid in my cell. For some delusional to keep me in jail. Then started to threathen and attack me to throw poop on walls. Then called officer Ericsson to the cell so one hiding in my cell with camouflage, could forcefully spit in his face after kidpnapping again from reporting to the military base. on Alaska State Troopers and random Air Force person from chaseing me around to scream and yell and attack me by hiding with camouflage and deny fake audio

2

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

2015 - 2025
Hiland mountain and All around Anchorage

B.   What date and approximate time did the events giving rise to your claim(s) occur?

When invesgation was over, but they never left

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Some stalked With technology and hurt me for ransom and to claim delusions (Cameran Footage)

## IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

4 months berry held hostage, from baby I 101,000 just had, not medical malpractice Frame and brused in gail and I couldn't see them with Camouflage

## V.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$80,000,000 for being held hostage for delusions of another person for job as office

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     9/24/2025

Signature of Plaintiff
Printed Name of Plaintiff     Tamisha Lewis-Junge

### B.    For Attorneys

Date of signing:     _____

Signature of Attorney     _____
Printed Name of Attorney     _____
Bar Number     _____
Name of Law Firm     _____
Address     _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number     _____
E-mail Address     _____